UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CARLTON KNOWLES, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, | ECF CASE |
| Plaintiffs, | No.: 1:25-cv-04077 |
| v. | |
| PEARSOX CORPORATION, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF SETTLEMENT

To The Honorable Court:

    The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
       November 7, 2025        Respectfully Submitted,

                                   **GOTTLIEB & ASSOCIATES PLLC**

                                   /s/ Dana L. Gottlieb
                                   Dana L. Gottlieb, Esq.

                                   Dana L. Gottlieb (DG-6151)
                                   Michael A. LaBollita (ML-9985)
                                   Jeffrey M. Gottlieb (JG-7905)
                                   GOTTLIEB & ASSOCIATES PLLC
                                   150 East 18th Street, Suite PHR
                                   New York, New York 10003
                                   Tel: 212.228.9795
                                   Fax: 212.982.6284
                                   Jeffrey@Gottlieb.legal
                                   Dana@Gottlieb.legal
                                   Michael@Gottlieb.legal
                                   *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge