UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CARLTON KNOWLES, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiff,

v.

PEARSOX CORPORATION,

        Defendants

------------------------------------------------------------X

No.: 1:25-cv-4077

ECF CASE

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CARLTON KNOWLES and Defendant, PEARSOX CORPORATION, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       January 7, 2025

| | |
|---|---|
| **GOTTLIEB & ASSOCIATES PLLC** | **STEIN & NIEPORENT LLP** |
| _(signature)_ | _(signature)_ |
| Jefffey M. Gottlieb, Esq. | David Stein, Esq. |
| 150 East 18th Street, Suite PHR | 1441 Broadway, Suite 6090 |
| New York, NY 10003 | New York, NY 10018 |
| Phone: (212) 228-9795 | Phone: (212) 308-3444 |
| Fax: (212) 982-6284 | Fax: (212) 836-9595 |
| Jeffrey@Gottlieb.legal | dstein@steinllp.com |
| _Attorneys for Plaintiff_ | _Attorney for Defendant_ |

SO ORDERED.
_(signature)_
January 8, 2026